**No. 10-6285. Sap Kray, Petitioner v. Patrick Glebe, Superintendent, Stafford Creek Corrections Center, et al.**

562 U.S. 987, 131 S. Ct. 427, 178 L. Ed. 2d 332, 2010 U.S. LEXIS 8279.

October 18, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit denied.

Same case below, 373 Fed. Appx. 762.